# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18 CR 117

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEE ANNA WIKE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the following motions: 1) Defendant's Motion to Withdraw Plea of Guilty (Doc. 15) filed on January 17, 2019; 2) Defendant's Modification to Motion to Withdraw Plea of Guilty (Doc. 19) filed on February 5, 2019, and 3) Defendant's Motion to Withdraw Motion to Withdraw Plea of Guilty (Doc. 22) filed on February 20, 2019.

In the instant Motion (Doc. 22), Defendant moves to withdraw her prior motions (Docs. 15, 19) as "it is no longer necessary for [Defendant] to withdraw her plea of guilty…". The Government does not oppose the requested relief. (Doc. 22) at 1.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion to Withdraw Motion to Withdraw Plea of Guilty (Doc. 22) is **GRANTED**.

2. Defendant's Motion to Withdraw Plea of Guilty (Doc. 15) and Defendant's Modification to Motion to Withdraw Plea of Guilty (Doc. 19) are **WITHDRAWN**.

3. The Clerk's office is respectfully **DIRECTED** to cancel the hearing scheduled for

   February 27, 2019.

Signed: February 25, 2019

W. Carleton Metcalf
United States Magistrate Judge