# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CR 117

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEE ANNA WIKE | ) | |
| _____ | ) | |

This matter is before the Court upon Defendant's Motion to Seal Mental Health Outpatient Treatment Plan (Doc. 30) ("Motion to Seal"), which requests that the Court seal information prepared by Jenna Wiggins, MSW, a social worker with EBCI Public Health and Human Services, which information has been submitted in anticipation of Defendant's sentencing. (Doc. 29).

The Court has considered the Motion to Seal, the public's interest in access to the subject materials, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient, as a substantial part if not all of the subject filing references Defendant's medial and psychological information as well as personal information about her minor children. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Defendant's Motion to Seal Mental Health Outpatient Treatment Plan (Doc. 30) is **GRANTED**, and the information submitted by Jenna Wiggins, MSW, a

social worker with EBCI Public Health and Human Services (Doc. 29), shall be **SEALED** and remain sealed until further Order of the Court.

Signed: June 6, 2019

W. Carleton Metcalf
United States Magistrate Judge